IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID BLISS,<br><br>                Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>                Defendant. | 4:12CV3019<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The defendant's unopposed motion for leave to amend the progression order, (filing no. 34), is granted, and the progression order is amended as follows:

1) The telephonic conference previously set for October 18, 2012 is cancelled.

2) The deadline for serving defendant's complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is extended to October 30, 2012.

3) The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on *Daubert* and related grounds is extended to November 30, 2012.

4) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **December 4, 2012** at **9:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on December 3, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

August 21, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge