IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID BLISS,

        Plaintiff,

vs.

BNSF RAILWAY COMPANY,

        Defendant.

4:12CV3019

**MEMORANDUM AND ORDER**

IT IS ORDERED:

1) The motion to continue trial, (filing no. 66), is granted.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **March 26, 2013** at 1:00 p.m., and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 25, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx

3) The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on **April 15, 2013**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

November 7, 2012.

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge