IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID BLISS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　　Defendant. | 4:12CV3019<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by James B Luers and Wolfe, Snowden, Hurd, Luers & Ahl, LLP as counsel of record on behalf of Defendant, BNSF Railway Company, (filing no. 81), is granted.

January 7, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　United States Magistrate Judge