# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

DAVID BLISS,

                    Plaintiff,

        vs.

BNSF RAILWAY COMPANY,

                 Defendant.

**4:12CV3019**

**ORDER**

On the court's own motion,

IT IS ORDERED that the Pretrial Conference is re-scheduled to be held before the undersigned magistrate judge on July 8, 2013 at 1:00 p.m. by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 9:00 a.m. on July 8, 2013.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

May 14, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge