IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID BLISS,<br><br>            Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>            Defendant. | 4:12CV3019<br><br>**AMENDED ORDER** |

IT IS ORDERED that paragraph 3 of the Memorandum and Order filed July 5, 2013, (Filing No. 110), is amended as follows:

All pretrial motions must be filed by no later than July 19, 2013. Responses shall be filed on or before August 2, 2013, and any reply shall be filed by August 7, 2013. The motions will be deemed fully submitted on August 8, 2013.

July 8, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge