FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2014 MAY 22  PM 4: 05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID BLISS,

    Plaintiff,

vs.

BNSF RAILWAY COMPANY,

    Defendant.

4:12CV3019

**VERDICT FORM**

Please answer the following questions in accordance with the jury instructions and the instructions contained in this form.

**VERDICT**

On plaintiff David Bliss' claim against defendant BNSF Railway Company, we, the jury find in favor of:

| | or | DEFENDANT BNSF RAILWAY COMPANY |
|---|---|---|
| Plaintiff David Bliss | | Defendant BNSF Railway Company |

Note: Complete the next paragraph only if the above finding is in favor of the plaintiff.

We, the jury, assess the total damages of Plaintiff David Bliss at $____.

**DO NOT REDUCE THIS AMOUNT BY THE PERCENTAGE OF NEGLIGENCE YOU FIND IN THE NEXT QUESTION.**

Write the percentage of negligence you attribute to Plaintiff David Bliss under instruction No. 13 in the blank in the following paragraph. The court will then reduce the total damages you assess above by the percentage of negligence you assess to plaintiff.

    We, the jury, find Plaintiff David Bliss to be ____% negligent.

                                                                  _____
                                                                    Foreperson

Dated: 5/22/14